LOCAL BANKRUPTCY FORM 9019-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
George & Linda Cornnell : CHAPTER __13__
:
: CASE NO. _1_-_15_-bk-_04419_
:
:
**Debtor(s)** :
CAB EAST LLC/Ford Motor Credit Co.,LLC : ADVERSARY NO. ___-___-ap-_____
: (if applicable)
:
:
:
**Plaintiff(s)/Movant(s)** :
vs. : Nature of Proceeding: Motion
George 7 Linda Cornnell :
Charles DeHart, III, Trustee : Pleading: Stay Lift
:
:
:
**Defendant(s)/Respondent(s)** : Document #: 46

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST*

CHECK ONE:

[ ] The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

[✓] The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).
[✓] Thirty (30) days.
[ ] Forty-five (45) days.
[ ] Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: __June 8, 2016__                   _____[signature]_____
                                          Attorney for CAB East/Ford Credit

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.