```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 15-04419-HWV
George W. Cornnell, III                                             Chapter 13
Linda S. Cornnell
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: REshelman          Page 1 of 1          Date Rcvd: Jun 18, 2018
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2018.
db/jdb         +George W. Cornnell, III,   Linda S. Cornnell,   9 East Marble Street,
                Mechanicsburg, PA 17055-4258

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2018                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              Gregory S Hazlett    on behalf of Debtor 1 George W. Cornnell, III adlitem@pa.net
              Gregory S Hazlett    on behalf of Debtor 2 Linda S. Cornnell adlitem@pa.net
              Howard  Gershman    on behalf of Creditor    CAB East, LLC/Ford Motor Credit Company, LLC
               hg229ecf@gmail.com,  229ecf@glpoc.comcastbiz.net
              James  Warmbrodt    on behalf of Creditor    LoanDepot.com, LLC bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    LoanDepot.com, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Michael J Clark    on behalf of Creditor    LoanDepot.com, LLC bkgroup@kmllawgroup.com
              Recovery Management Systems Corporation    claims@recoverycorp.com
              Thomas I Puleo    on behalf of Creditor    LoanDepot.com, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 10

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
GEORGE W. CORNNELL, III                         NO. 1-15-04419 HWV
LINDA S. CORNNELL                               CHAPTER 13

---

CAB EAST, LLC/FORD MOTOR CREDIT COMPANY, LLC
 vs.
GEORGE W. CORNNELL, III, DEBTOR
CHARLES DeHART, III, Trustee

### ORDER APPROVING STIPULATION IN RESOLUTION OF MOTION OF CAB EAST, LLC/FORD MOTOR CREDIT COMPANY, LLC FOR RELIEF FROM STAY [DOCUMENT 46]

Upon consideration of the Stipulation of the parties with regard to the Motion of CAB East, LLC/Ford Motor Credit Company, LLC, as to a leased 2016 Ford Fusion motor vehicle, it is hereby approved.

Dated: June 18, 2018                By the Court,

                                    /s/ Henry W. Van Eck
                                    _____
                                    Henry W. Van Eck, Bankruptcy Judge (KB)