Certificate Number: 17572-PAM-DE-035178768

Bankruptcy Case Number: 15-04419


17572-PAM-DE-035178768

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 14, 2020, at 5:08 o'clock PM PST, Linda Cornnell completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: December 14, 2020

By: /s/Leigh-Anna M Thompson

Name: Leigh-Anna M Thompson

Title: Counselor