United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
George W. Cornnell, III  
Linda S. Cornnell  
    Debtor(s)

Case No. 15-04419-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 4  
Date Rcvd: Dec 28, 2020      Form ID: 3180W      Total Noticed: 51

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | George W. Cornnell, III, Linda S. Cornnell, 9 East Marble Street, Mechanicsburg, PA 17055-4258 |
| 4708286 | + | 7 West Main Street, Mechanicsburg, PA 17055-6230 |
| 4708287 | + | Belco Community Credit Union, 403 North 2nd St., Harrisburg, PA 17101-1377 |
| 4708298 | ++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 address filed with court:, Home Depot Credit Services, Po Box 182676, Columbus, OH 43218-2676 |
| 4708284 | + | Cornnell George W III, 9 East Marble Street, Mechanicsburg, PA 17055-4258 |
| 4708285 | + | Cornnell Linda S, 9 East Marble Street, Mechanicsburg, PA 17055-4258 |
| 4749555 | + | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 4717275 | + | Joshua I. Goldman, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 4708299 | + | Kia Motors Finance, Po Box 20815, Fountain Valley, CA 92728-0815 |
| 4708301 | + | Loan Depot, Po Box 77404, Ewing, NJ 08628-6404 |
| 4708300 | + | Loan Depot, 26642 Towne Centre Drive, Foothill Ranch, CA 92610-2808 |
| 4751435 | + | LoanDepot.com LLC, c/o Cenlar FSB, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 4708303 | | Mariner Finance, 3872 Union Deposit Road, Harrisburg, PA 17109-5919 |
| 4751082 | + | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 4708305 | | NTB Credit Plan, Po Box 183015, Columbus, OH 43218-3015 |
| 4708307 | + | Regency Finance Company, 3350 Paxton St. Suite E, Harrisburg, PA 17111-1476 |
| 4708317 | | Western Alliance Bank, Po Box 74268, Cincinnati, OH 45274-2628 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: WFNNB.COM | Dec 29 2020 00:13:00 | Comenity Capital Bank, C/O Weinstein & Riley P.S., 2001 Western Ave Ste 400, Seattle, WA 98121-3132 |
| cr | + | EDI: PRA.COM | Dec 29 2020 00:13:00 | PRA Receivables Management LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 4715474 | | Email/Text: rmcollections@belco.org | Dec 28 2020 19:09:00 | Belco Community Credit Union, 449 Eisenhower Blvd, Harrisburg, PA 17111 |
| 4740164 | + | EDI: WFNNB.COM | Dec 29 2020 00:13:00 | COMENITY CAPITAL BANK, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 4708288 | | EDI: CAPITALONE.COM | Dec 29 2020 00:13:00 | Capital One, Po Box 71083, Charlotte, NC 28272-1083 |
| 4724076 | | EDI: CAPITALONE.COM | Dec 29 2020 00:13:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 4708289 | + | EDI: CAPITALONE.COM | Dec 29 2020 00:13:00 | Capital One Bank Usa, Po Box 30285, Salt Lake |

| | | | | |
| --- | --- | --- | --- | --- |
| | | | | City, UT 84130-0285 |
| 4708290 | + | EDI: CAPITALONE.COM | Dec 29 2020 00:13:00 | Capital One Bon Ton, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 4708291 | + | EDI: WFNNB.COM | Dec 29 2020 00:13:00 | Comenity Bank Dress Barn, Po Box 182789, Columbus, OH 43218-2789 |
| 4708296 | | EDI: DISCOVER.COM | Dec 29 2020 00:13:00 | Discover Financial Services, Po Box 15316, Wilmington, DE 19850 |
| 4708293 | | EDI: IRS.COM | Dec 29 2020 00:13:00 | Deparment Of Treasury, Internal Revenue Service, Po Box 21126, Philadelphia, PA 19114-0326 |
| 4710182 | | EDI: DISCOVER.COM | Dec 29 2020 00:13:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 4708295 | | EDI: DISCOVER.COM | Dec 29 2020 00:13:00 | Discover Financial Services, Po Box 71084, Charlotte, NC 28272-1084 |
| 4710621 | | EDI: FORD.COM | Dec 29 2020 00:13:00 | Ford Motor Credit Company LLC, Dept 55953, P O Box 55000, Detroit MI, 48255-0953 |
| 4708297 | + | EDI: FORD.COM | Dec 29 2020 00:13:00 | Ford Motor Credit, Po Box 542000, Arlington, TX 68154-8000 |
| 4740840 | + | EDI: MID8.COM | Dec 29 2020 00:13:00 | Midland Credit Management, Inc., as agent for MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 4708304 | | EDI: CITICORP.COM | Dec 29 2020 00:13:00 | National Tire & Battery, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 4798696 | | EDI: PRA.COM | Dec 29 2020 00:13:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 4798697 | | EDI: PRA.COM | Dec 29 2020 00:13:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 4752095 | | EDI: PRA.COM | Dec 29 2020 00:13:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4730983 | | EDI: Q3G.COM | Dec 29 2020 00:13:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 4709241 | | EDI: RECOVERYCORP.COM | Dec 29 2020 00:13:00 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 4714619 | | EDI: AGFINANCE.COM | Dec 29 2020 00:13:00 | SPRINGLEAF FINANCIAL SERVICES, INC, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 4708308 | | EDI: AGFINANCE.COM | Dec 29 2020 00:13:00 | Springleaf Financial, Po Box 59, Evansville, IN 47701 |
| 4708309 | | EDI: AGFINANCE.COM | Dec 29 2020 00:13:00 | Springleaf Financial, Po Box 742536, Cincinnati, OH 45274-2536 |
| 4708313 | | EDI: RMSC.COM | Dec 29 2020 00:13:00 | SYNCB/AMERICAN EAGLE, Po Box 965013, Orlando, FL 32896-0013 |
| 4708312 | + | EDI: RMSC.COM | Dec 29 2020 00:13:00 | SYNCB/AMERICAN EAGLE, Po Box 965005, Orlando, FL 32896-5005 |
| 5156386 | + | Email/Text: bncmail@w-legal.com | Dec 28 2020 19:10:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY P.S., 2001 WESTERN AVE. SUITE 400, SEATTLE, WA 98121, SYNCHRONY BANK, C/O WEINSTEIN & RILEY P.S. 98121-3132 |
| 5156385 | + | Email/Text: bncmail@w-legal.com | Dec 28 2020 19:10:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY P.S., 2001 WESTERN AVE. SUITE 400, SEATTLE, WA 98121-3132 |
| 4708310 | + | EDI: AGFINANCE.COM | Dec 29 2020 00:13:00 | Springleaf Financial, Po Box 9068, Brandon, FL |

| Recip ID | Bypass | EDI | Date | Name and Address |
|---|---|---|---|---|
| | | | | 33509-9068 |
| 4708311 | + | EDI: RMSC.COM | Dec 29 2020 00:13:00 | Syncb/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 4708314 | + | EDI: CITICORP.COM | Dec 29 2020 00:13:00 | Thd/Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 4708315 | + | EDI: WFNNB.COM | Dec 29 2020 00:13:00 | Victorias Secret, Po Box 182273, Columbus, OH 43218-2273 |
| 4708316 | + | EDI: RMSC.COM | Dec 29 2020 00:13:00 | Walmart Credit Card, Po Box 965024, Orlando, FL 32896-5024 |

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4708322 | *+ | 7 West Main Street, Mechanicsburg, PA 17055-6230 |
| 4708323 | *+ | Belco Community Credit Union, 403 North 2nd St., Harrisburg, PA 17101-1377 |
| 4708334 | *P++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034, address filed with court:, Home Depot Credit Services, Po Box 182676, Columbus, OH 43218-2676 |
| 4708324 | * | Capital One, Po Box 71083, Charlotte, NC 28272-1083 |
| 4708325 | *+ | Capital One Bank Usa, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 4708326 | *+ | Capital One Bon Ton, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 4708327 | *+ | Comenity Bank Dress Barn, Po Box 182789, Columbus, OH 43218-2789 |
| 4708320 | *+ | Cornnell George W III, 9 East Marble Street, Mechanicsburg, PA 17055-4258 |
| 4708321 | *+ | Cornnell Linda S, 9 East Marble Street, Mechanicsburg, PA 17055-4258 |
| 4708332 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial Services, Po Box 15316, Wilmington, DE 19850 |
| 4708294 | *+ | Deparment Of Treasury, Internal Revenue Service, Po Box 9038, Andover, MA 01810-0938 |
| 4708330 | *+ | Deparment Of Treasury, Internal Revenue Service, Po Box 9038, Andover, MA 01810-0938 |
| 4708292 | * | Deparment Of Treasury, Internal Revenue Service, Po Box 8208, Philadelphia, PA 19101-8208 |
| 4708328 | * | Deparment Of Treasury, Internal Revenue Service, Po Box 8208, Philadelphia, PA 19101-8208 |
| 4708329 | * | Deparment Of Treasury, Internal Revenue Service, Po Box 21126, Philadelphia, PA 19114-0326 |
| 4708331 | * | Discover Financial Services, Po Box 71084, Charlotte, NC 28272-1084 |
| 4708333 | *+ | Ford Motor Credit, Po Box 542000, Arlington, TX 68154-8000 |
| 4708335 | *+ | Kia Motors Finance, Po Box 20815, Fountain Valley, CA 92728-0815 |
| 4708337 | *+ | Loan Depot, Po Box 77404, Ewing, NJ 08628-6404 |
| 4708336 | *+ | Loan Depot, 26642 Towne Centre Drive, Foothill Ranch, CA 92610-2808 |
| 4708339 | * | Mariner Finance, 3872 Union Deposit Road, Harrisburg, PA 17109-5919 |
| 4708338 | * | Mariner Finance, Po Box 35394, Baltimore, MD 21222-7394 |
| 4708341 | * | NTB Credit Plan, Po Box 183015, Columbus, OH 43218-3015 |
| 4708340 | * | National Tire & Battery, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 4708342 | * | Paypal Credit Srvices, Po Box 105658, Atlanta, GA 30348-5658 |
| 4708343 | *+ | Regency Finance Company, 3350 Paxton St. Suite E, Harrisburg, PA 17111-1476 |
| 4708344 | *P++ | SPRINGLEAF FINANCIAL SERVICES, P O BOX 3251, EVANSVILLE IN 47731-3251, address filed with court:, Springleaf Financial, Po Box 59, Evansville, IN 47701 |
| 4708345 | *P++ | SPRINGLEAF FINANCIAL SERVICES, P O BOX 3251, EVANSVILLE IN 47731-3251, address filed with court:, Springleaf Financial, Po Box 742536, Cincinnati, OH 45274-2536 |
| 4708349 | * | SYNCB/AMERICAN EAGLE, Po Box 965013, Orlando, FL 32896-0013 |
| 4708348 | *+ | SYNCB/AMERICAN EAGLE, Po Box 965005, Orlando, FL 32896-5005 |
| 4708346 | *+ | Springleaf Financial, Po Box 9068, Brandon, FL 33509-9068 |
| 4708347 | *+ | Syncb/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 4708350 | *+ | Thd/Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 4708351 | *+ | Victorias Secret, Po Box 182273, Columbus, OH 43218-2273 |
| 4708352 | *+ | Walmart Credit Card, Po Box 965024, Orlando, FL 32896-5024 |
| 4708353 | * | Western Alliance Bank, Po Box 74268, Cincinnati, OH 45274-2628 |
| 4708302 | ## | Mariner Finance, Po Box 35394, Baltimore, MD 21222-7394 |
| 4708306 | ## | Paypal Credit Srvices, Po Box 105658, Atlanta, GA 30348-5658 |

TOTAL: 0 Undeliverable, 36 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2020            Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2020 at the address(es) listed below:

**Name** **Email Address**

Charles J DeHart, III (Trustee)
TWecf@pamd13trustee.com

Gregory S Hazlett
on behalf of Debtor 1 George W. Cornnell III adlitem@pa.net

Gregory S Hazlett
on behalf of Debtor 2 Linda S. Cornnell adlitem@pa.net

Howard Gershman
on behalf of Creditor CAB East LLC/Ford Motor Credit Company, LLC hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net

James Warmbrodt
on behalf of Creditor LoanDepot.com LLC bkgroup@kmllawgroup.com

Joshua I Goldman
on behalf of Creditor LoanDepot.com LLC josh.goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com

Michael J Clark
on behalf of Creditor LoanDepot.com LLC pabk@logs.com

Rebecca Ann Solarz
on behalf of Creditor LoanDepot.com LLC bkgroup@kmllawgroup.com

Recovery Management Systems Corporation
claims@recoverycorp.com

Thomas I Puleo
on behalf of Creditor LoanDepot.com LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

TOTAL: 11

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: George W. Cornnell III (First Name Middle Name Last Name) | | Social Security number or ITIN: xxx–xx–6442<br>EIN: __–_____ |
| Debtor 2 (Spouse, if filing): Linda S. Cornnell (First Name Middle Name Last Name) | | Social Security number or ITIN: xxx–xx–4224<br>EIN: __–_____ |
| United States Bankruptcy Court: Middle District of Pennsylvania | | |
| Case number: 1:15-bk-04419-HWV | | |

# Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

George W. Cornnell III            Linda S. Cornnell

12/28/20                **By the court:** Henry W. Van Eck
                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**