United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
George W. Cornnell, III  
Linda S. Cornnell  
    Debtors

Case No. 15-04419-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2  
Date Rcvd: Feb 16, 2021     Form ID: fnldec     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | George W. Cornnell, III, Linda S. Cornnell, 9 East Marble Street, Mechanicsburg, PA 17055-4258 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Gregory S Hazlett | on behalf of Debtor 2 Linda S. Cornnell adlitem@pa.net |
| Gregory S Hazlett | on behalf of Debtor 1 George W. Cornnell III adlitem@pa.net |
| Howard Gershman | on behalf of Creditor CAB East LLC/Ford Motor Credit Company, LLC hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net |
| James Warmbrodt | on behalf of Creditor LoanDepot.com LLC bkgroup@kmllawgroup.com |
| Joshua I Goldman | |

    on behalf of Creditor LoanDepot.com LLC josh.goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com

Michael J Clark
    on behalf of Creditor LoanDepot.com LLC pabk@logs.com

Rebecca Ann Solarz
    on behalf of Creditor LoanDepot.com LLC bkgroup@kmllawgroup.com

Recovery Management Systems Corporation
    claims@recoverycorp.com

Thomas I Puleo
    on behalf of Creditor LoanDepot.com LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 11

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

George W. Cornnell III,  
**Debtor 1**

Linda S. Cornnell,  
**Debtor 2**

Chapter 13

Case No. 1:15−bk−04419−HWV

Social Security No.:  
xxx−xx−6442   xxx−xx−4224

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: February 16, 2021

By the Court,

Honorable Henry W. Van Eck  
Chief Bankruptcy Judge  
By: LyndseyPrice, Deputy Clerk

**fnldec** (10/20)