Fill in this information to identify the **Fill in this information to identify the case:**

Debtor 1   George W. Cornnell III

Debtor 2   Linda S. Cornnell

United States Bankruptcy Court for the MIDDLE District of Pennsylvania

Case number   15-04419 HWV

Official Form 410S1

# Notice of Mortgage Payment Change                                   12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** LoanDepot.com, LLC                **Court claim no.** (if known): 21

**Last 4 digits** of any number you use to identify the debtor's account: 2719

**Date of payment change:**
Must be at least 21 days after date of this notice                           1/1/20

**New total payment:**                                     $911.09
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ■ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:** $349.11         **New escrow payment:** $ 365.70

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ■ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:** _____%        **New interest rate:** _____%

   **Current principal and interest payment:** $_____   **New principal and interest payment:** $_____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ■ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change:_____

   **Current mortgage payment:** $_____     **New mortgage payment:** $_____

Official Form 410S1                    **Notice of Mortgage Payment Change**                        page 1
                                                                                              246
Case 1:15-bk-04419-HWV    Doc    Filed 12/11/19    Entered 12/11/19 08:31:41    Desc
Main Document    Page 1 of 2

| Debtor(s) | Linda S. Cornnell, and George W. Cornnell | Case number (*if known*) 15-04419 HWV |
|---|---|---|
| | First Name    Middle Name    Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

☒ /s/ James C. Warmbrodt                    Date   12/10/19
Signature

Print:     James C. Warmbrodt                    Title   Attorney for Creditor
           First Name    Middle Name    Last Name

Company:   KML Law Group, P.C.

Address:   701         Market Street, Suite 5000
           Number      Street
           Philadelphia,                PA    19106
           City                         State ZIP Code

Contact phone (215) 627–1322          Email  JWarmbrodt@kmllawgroup.com